IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MACON and JENNIFER RICHARDS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | CV- 1:07CV163-MEF |
| LESAFFRE YEAST CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

RECEIVED
2007 FEB 23 P 4:38
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## NOTICE OF FILING OF AFFIDAVIT

NOW COMES Defendant Lesaffre Yeast Corporation and hereby notifies the parties in the above-styled action and the Clerk of the United States District Court for the Middle District of Alabama, Southern Division, of the filing of the Affidavit of Dominique Ciboulet attached hereto.

_____
One of the Attorneys for Lesaffre Yeast
Corporation

OF COUNSEL:
William S. Cox
Lana K. Alcorn
E. Hyde Carby
LIGHTFOOT FRANKLIN
&WHITE
400 20th Street North
Birmingham, AL 35203

## CERTIFICATE OF SERVICE

This is to certify that on this 23rd day of February, 2007, a true and correct copy of the foregoing was served on counsel of record by depositing a copy of same in the United States Mail, postage prepaid, properly addressed to :

Rhon E. Jones, Esq.
Beasley Allen Crow Methvin
    Portis & Miles PC
P. O. Box 4160
Montgomery, AL 36103-4160

Spencer W. Danzey, Esq.
Guner & Petersen LLC
P. O. Box 608
Abbeville, AL 36310

_____
OF COUNSEL

State of Wisconsin            )

County of Milwaukee           )

### Affidavit of Dominique Ciboulet

Before me, the undersigned notary public in and for said state and county, personally appeared Dominique Ciboulet, who being by me first duly sworn, states under oath the matters, facts, and things set forth herein are true and correct:

1. My name is Dominique Ciboulet. I am over twenty-one years of age and make this statement based on my personal knowledge.

2. I live in New Berlin, Wisconsin where I am the Director of Operations for Lesaffre Yeast Corporation, which has its principle place of business in Milwaukee Wisconsin.

3. I have not lived in the State of Alabama since July 2005 when I moved to the State of Wisconsin.

Further affiant sayeth naught.

_____
Dominique Ciboulet

SWORN TO AND SUBSCRIBED BEFORE ME, this the ___23___ day of ___February___, 2007.

_____
Notary Public

MY COMMISSION EXPIRES:

_07/09_____

ANDREA S HOVAN
Notarial Seal - Iowa
Commission # 741957
My Commission Expires 07/09