IN THE CIRCUIT COURT OF HENRY COUNTY, ALABAMA

| | |
|---|---|
| MACON and JENNIFER RICHARDS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | CV-07-07 |
| LESAFFRE YEAST CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF FILING OF NOTICE OF REMOVAL

NOW COMES Lesaffre Yeast Corporation and hereby notifies the parties in the above-styled action and the Clerk of the Circuit Court of Henry County, Alabama, in accordance with the provisions of 28 U.S.C. § 1446, of the filing of the Notice of Removal in the United States District Court for the Middle District of Alabama, Southern Division, of the civil action styled as <u>Macon & Jennifer Richards v. Lesaffre Yeast Corporation and Dominique Ciboulet</u>, Civil Action File No. CV-07-07. A copy of the Notice of Removal is attached and hereby filed with the Clerk of the Circuit Court of Henry County, Alabama.

This 23 day of February, 2007.

_____
One of the Attorneys for Lesaffre Yeast Corporation

OF COUNSEL:
William S. Cox
Lana K. Alcorn
E. Hyde Carby
LIGHTFOOT FRANKLIN
& WHITE LLC
400 20TH Street North
Birmingham, AL 35203

## CERTIFICATE OF SERVICE

This is to certify that on this 23rd day of February, 2007, a true and correct copy of the foregoing was served on counsel of record by depositing a copy of same in the United States Mail, postage prepaid, properly addressed to :

Rhon E. Jones, Esq.
Beasley Allen Crow Methvin
   Portis & Miles PC
P. O. Box 4160
Montgomery, AL 36103-4160

Spencer W. Danzey, Esq.
Guner & Petersen LLC
P. O. Box 608
Abbeville, AL 36310

_____
OF COUNSEL