# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MACON and JENNIFER RICHARDS, et al., ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> LESAFFRE YEAST CORPORATION, et al., ) <br> ) <br>     Defendants. ) <br> ) | CIVIL ACTION NO. <br> 1:07-CV-163 |

## CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the order of this Court, Defendant Lesaffre Yeast Corporation hereby makes the following disclosure concerning parent companies, subsidiaries, affiliates, partnerships, joint ventures and other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

Lesaffre Yeast Corporation is a wholly owned subsidiary of Lesaffre Yeast Company Holdings, Incorporated which in turn is a wholly owned subsidiary of Lesaffre International Corporation. Lesaffre Yeast Corporation is a sixty percent owner of Red Star Yeast Company, LLC.

/s/ E. Hyde Carby
One of the Attorneys for Lesaffre Yeast Corporation

OF COUNSEL:
William S. Cox
Lana K. Alcorn
E. Hyde Carby
Lightfoot Franklin
&White
400 20th Street North
Birmingham, AL 35203
(205) 581-0700

## CERTIFICATE OF SERVICE

    This is to certify that on this 7th day of March, 2007, I have electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Rhon E. Jones, Esq.
Beasley Allen Crow Methvin
   Portis & Miles PC
P. O. Box 4160
Montgomery, AL 36103-4160

Spencer W. Danzey, Esq.
Guner & Petersen LLC
P. O. Box 608
Abbeville, AL 36310

                                        s/ E. Hyde Carby
                                             OF COUNSEL