IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MACON AND JENNIFER RICHARDS, et al., ) ) ) ) Plaintiffs, ) ) v. ) ) LESAFFRE YEAST CORPORATION, et al., ) ) ) ) ) ) ) Defendants. ) | CIVIL ACTION NO. 1:07-CV-163 -MEF |

## NOTICE OF APPEARANCE

COMES NOW, Mary Pat O'Connor and hereby enters her Notice of Appearance as additional counsel on behalf of the Plaintiffs listed in the above-styled cause.

/s/ Mary Pat O'Connor
MARY PAT O'CONNOR (OCON4035)
One of the Attorneys for Plaintiffs

Of Counsel:

Beasley, Allen, Crow,
Methvin, Portis & Miles, P.C.
218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103
334-269-2343
334-954-7555 (fax)

Spencer W. Danzey
Gunter & Peterson, L.L.C.
Post Office Box 608
Abbeville, Alabama 36310
334-585-2246
334-585-5392 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2007, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedures, and/or the Middle District's Local Rules, and/or the Middle District's Rules on Electronic Service upon the following parties and participants:

William S. Cox
Lana K. Alcorn
E. Hyde Carby
Lightfoot, Franklin & White, L.L.C.
The Clark Building
400 20th Street North
Birmingham, AL 35203
Attorney for Defendant
Lesaffre Yeast Corporation

/s/ Mary Pat O'Connor
OF COUNSEL