IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MACON RICHARDS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v.  ) | CASE NO. 1:07-cv-163-MEF |
| ) | |
| LESAFFRE YEAST CORPORATION, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

Upon consideration of the plaintiffs' Motion for Leave to Amend Complaint filed on March 16, 2007, it is hereby

ORDERED that the defendants file its response which shall include a brief and any evidentiary materials on or before April 3, 2007. The plaintiffs may file a reply brief on or before April 10, 2007.

DONE this 20th day of March, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE