IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MACON RICHARDS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 1:07-cv-163-MEF |
| ) | |
| LESAFFRE YEAST CORPORATION, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the defendant's Motion for Leave to File a Surreply to Plaintiffs' Motion to Remand (Doc. #12) filed on April 12, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 17th day of April, 2007.

　　　　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE