**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                TELEPHONE (334) 954-3600

April 17, 2007

# NOTICE OF DOCKETING ERROR

To:     ALL COUNSEL OF RECORD

**Case Style:** Macon Richards, et al. v. Lesaffre Yeast Corporation, et al.

**Case Number:** 1:07-cv-163-MEF

**Docket Entry Number:** 15

**The above referenced ORDER was filed in the wrong case on 4/17/2007. This order is hereby STRICKEN from the record as a docketing error and the parties are instructed to disregard the entry on the court's docket for this case.**