|||
|---|---|
| 7160 3901 9849 8473 7507 | A. Received by (Please Print Clearly) DAVID BARTON<br>B. Date of Delivery<br>C. Signature<br>X David Barton — ☐ Agent ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br>BIRMINGHAM AL 35203 MAY 10 2007 USPS |

3. Service Type   CERTIFIED MAIL
4. Restricted Delivery? (Extra Fee)   ☐ Yes
1. Article Addressed to:

Dominique Ciboulet
c/o E. Hyde Carby
Lightfoot, Franklin & White, L.L.C.
The Clark Building
400 20th Street North
Birmingham, AL 35203

1:07-CV-163

PS Form 3811, January 2005            Domestic Return Receipt