IN THE DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MACON and JENNIFER RICHARDS, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>LESAFFRE YEAST CORPORATION, et al., )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO.<br>CV-1:07-CV-00163-MEF-TFM |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that the following discovery documents have been served on behalf of defendant, Lesaffre Yeast Corporation, Inc.:

( )   First Interrogatories and Request for Production to plaintiffs

( )   Answers to Interrogatories

( )   Response to Request for Production

( )   Request for Admissions

( )   Response to Request for Admissions

( )   Notice of Service of Subpoenas

(X)   Notices of Deposition of Macon Richards and Jennifer Richards

( )   Other:

/s/ E. Hyde Carby
One of the Attorneys for Lesaffre
Yeast Corporation

OF COUNSEL:
William S. Cox
Lana K. Alcorn
E. Hyde Carby
LIGHTFOOT FRANKLIN
& WHITE LLC
400 20TH Street North
Birmingham, AL 35203

## CERTIFICATE OF SERVICE

This is to certify that on this ___6th___ day of September, 2007, a true and correct copy of the foregoing was served on counsel of record by depositing a copy of same in the United States Mail, postage prepaid, properly addressed to

Rhon E. Jones, Esq.
Beasley Allen Crow Methvin
    Portis & Miles PC
P. O. Box 4160
Montgomery, AL 36103-4160

Spencer W. Danzey, Esq.
Guner & Petersen LLC
P. O. Box 608
Abbeville, AL 36310

/s/ E. Hyde Carby
Of Counsel