IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MACON and JENNIFER RICHARDS, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> LESAFFRE YEAST CORPORATION, et al., ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION NO. <br> 1:07-CV-163 |

## CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the order of this Court, Defendant Dominique Ciboulet hereby makes the following disclosure concerning parent companies, subsidiaries, affiliates, partnerships, joint ventures and other entities reportable under the provisions of the Middle District of Alabama's General Order 00-mc-3047:

Defendant is an individual person with no reportable relationships to any entities subject to disclosure under General Order 00-mc-3047.

/s/ E. Hyde Carby
One of the Attorneys for Lesaffre Yeast
Corporation

OF COUNSEL:
William S. Cox
Lana K. Alcorn
E. Hyde Carby
Lightfoot Franklin
&White
400 20th Street North
Birmingham, AL 35203
(205) 581-0700

## CERTIFICATE OF SERVICE

This is to certify that on this 12th day of September, 2007, I have electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Rhon E. Jones, Esq.
Beasley Allen Crow Methvin
    Portis & Miles PC
P. O. Box 4160
Montgomery, AL 36103-4160

Spencer W. Danzey, Esq.
Guner & Petersen LLC
P. O. Box 608
Abbeville, AL 36310

                                                        s/ E. Hyde Carby
                                                          OF COUNSEL