**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| MACON AND JENNIFER RICHARDS, et al., )<br>    Plaintiffs, )<br> )<br>v. )<br> )<br>LESAFFRE YEAST CORPORATION, )<br>et al. )<br> )<br> )<br>    Defendants. ) | CIVIL ACTION NO.<br>1:07-CV-163 -MEF |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT**

In accordance with the order of this Court, Plaintiffs Macon and Jennifer Richards hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnerships, joint ventures, and other entities reportable under the provisions of the Middle District of Alabama's General order 00-mc-3047.

Plaintiffs are individual persons with no reportable relationships to any entities subject to disclosure under General Order 00-mc-3047.

    Respectfully submitted,

    s/Rhon E. Jones
    Rhon E. Jones (JON093)
    Mary Pat O'Connor (OCO004)
    Spencer W. Danzey (DAN042)

Of Counsel:

Beasley, Allen, Crow,
Methvin, Portis & Miles, P.C.
218 Commerce Street
P.O. Box 4160
Montgomery, AL  36103
334-269-2343
334-954-7555 (fax)

Spencer W. Danzey
Gunter & Peterson, L.L.C.
Post Office Box 608
Abbeville, Alabama 36310
334-585-2246
334-585-5392 (fax)

## CERTIFICATE OF SERVICE

  I hereby certify that on September 14, 2007, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedures, and/or the Middle District's Local Rules, and/or the Middle District's Rules on Electronic Service upon the following parties and participants:

William S. Cox
Lana K. Alcorn
E. Hyde Carby
Lightfoot, Franklin & White, L.L.C.
The Clark Building
400 20th Street North
Birmingham, AL 35203
Attorney for Defendant
Lesaffre Yeast Corporation

              s/Rhon E. Jones
              OF COUNSEL