IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MACON RICHARDS, *et al.*, | ) |
| | ) |
|     Plaintiffs, | ) |
| v. | ) CASE NO. 1:07-cv-163-MEF |
| | ) |
| LESAFFRE YEAST CORPORATION, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## **O R D E R**

This Court has reviewed the Report of Parties' Rule 26(f) Planning Meeting filed on September 20, 2007. The parties have reported two areas of dispute, which have yet to be resolved. Specifically, the parties have not reach agreement on the following discovery-related issues: (1) the procedure for discovery of electronically stored information; and (2) the duration of expert depositions.

It is hereby ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), the matter is hereby referred to United States Magistrate Judge Terry F. Moorer to assist in the resolution of these issues of discovery, and entry of any orders or recommendations as may be appropriate.

DONE this 21st day of September, 2007.

                                                   /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE