IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MACON RICHARDS, *et al.*,  )  )  Plaintiffs,  )  )  v.  )  )  LESAFFRE YEAST CORPORATION, *et al.*,  )  )  )  Defendants.  ) | CASE NO. 1:07-cv-163-MEF |

## ORDER

The Court has reviewed the Report of Parties' Rule 26(f) Planning Meeting filed on September 20, 2007. The parties could not reach an agreement on the following discovery-related issues: (1) the procedure for the discovery of electronically stored information; and (2) the duration of expert depositions. Upon review of the proposals of both parties, the Court adopts the following provisions:

(1)     The discovery of electronically stored information shall be handled in accordance with the Federal Rules of Civil Procedure. Before discovery of electronically stored information may be had, the parties will confer in good faith regarding the scope of any electronically stored information sought by either party and the burdens and costs of producing such information. In the event the parties cannot reach an agreement regarding the scope, burden, and cost of productions of electronically stored information, the parties may seek relief from the Court. Moreover, the parties shall immediately take whatever steps

necessary to prevent the spoliation of electronic evidence.

(2) Each expert deposition shall continue as reasonable needed, not to exceed seven (7) hours per day and a maximum of three (3) days. With good cause, the Court may authorize additional time if necessary.

DONE this 24th day of September, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE