IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MACON RICHARDS, *et al.*, | ) |
| | ) |
|    Plaintiffs, | ) |
| v. | )   CASE NO. 1:07-cv-163-MEF |
| | ) |
| LESAFFRE YEAST CORPORATION, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

## **O R D E R**

Upon consideration of the plaintiffs' Motion to Amend/Correct Complaint to Voluntarily Dismiss Class Allegations Without Prejudice and To Proceed with Individual Claims (Doc. #31) filed on December 5, 2007, it is hereby

ORDERED that the defendants show cause in writing on or before December 20, 2007 as to why the motion should not be granted.

DONE this the 13th day of December, 2007.

                                                    /s/ Mark E. Fuller
                                           CHIEF UNITED STATES DISTRICT JUDGE