IN THE DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MACON and JENNIFER RICHARDS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | CV-1:07-CV-00163-MEF-TFM |
| LESAFFRE YEAST CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DEFENDANTS RESPONSE TO SHOW CAUSE ORDER

Defendants Lesaffre Yeast Corporation ("Lesaffre") and Dominique Ciboulet ("Ciboulet") state as follows in response to the Court's Order to Show Cause as to why Plaintiffs Macon and Jennifer Richards' ("Plaintiffs") Motion to Amend/Correct Complaint to Voluntarily Dismiss Class Allegations Without Prejudice and To Proceed with Individual Claims should not be granted:

Lesaffre and Ciboulet do not oppose Plaintiffs' Motion. Therefore, it is Defendants' position that Plaintiff's Motion should be granted.

/s/ E. Hyde Carby
One of the Attorneys for Lesaffre Yeast
Corporation and Dominique Ciboulet

OF COUNSEL:
William S. Cox
Lana K. Alcorn
E. Hyde Carby
LIGHTFOOT FRANKLIN
& WHITE LLC
400 20TH Street North
Birmingham, AL 35203

## CERTIFICATE OF SERVICE

      I hereby certify that I have on this 20th day of December, 2007, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Rhon E. Jones, Esq.
Mary Pat O'Connor, Esq.
Beasley Allen Crow Methvin
   Portis & Miles PC
P. O. Box 4160
Montgomery, AL 36103-4160

Spencer W. Danzey, Esq.
Guner & Petersen LLC
P. O. Box 608
Abbeville, AL 36310

                                           /s/ E. Hyde Carby
                                                Of Counsel