| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)  CAROL BARRY   B. Date of Delivery 1/25/08<br>C. Signature  X *Carol Barry*   ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1?  ☐ Yes   ☐ No<br>If YES, enter delivery address below: |
| 1. Article Addressed to:<br><br>Mr. Dennis Barry<br>111 Berkeley Way<br>Dothan, AL  36305-9375<br><br>07CV163 | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Copy from service label)<br>7000 1670 0006 5002 5513 | |

PS Form 3811, July 1999     Domestic Return Receipt     102595-00-M-0952