IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MACON RICHARDS, *et al.*, ) | |
| ) | |
|     Plaintiffs, ) | |
| v. ) | CASE NO. 1:07-cv-163-MEF |
| ) | |
| LESAFFRE YEAST CORPORATION, ) | |
| *et al.*, ) | |
| ) | |
|     Defendants. ) | |

## **O R D E R**

Upon consideration of the plaintiffs' Motion to Amend/Correct Complaint (Doc. #38) filed on January 31, 2008, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 5th day of January, 2008.

                                              /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE